UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL MOSHIR,

                              Plaintiff,

                -against-

NYC MAYOR, et al.,

                              Defendants.

23-CV-8003 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 25, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:   October 25, 2023
          New York, New York

                                            /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge